██ ADAM WEIERHEISER, Respondent, v McCANN'S, INC., Doing Business as MOONEY'S SPORTS BAR & GRILL, et al., Appellants. [9 NYS3d 918]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. BURNETT, Appellant. [9 NYS3d 919]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS DAVIS, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [10 NYS3d 475]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from a Judgment [denominated order] of the Supreme Court, Wyoming County, Michael M. Mohun, A.J.—Habeas Corpus). Present—Scudder, P.J., Smith, Sconiers, Valentino and DeJoseph, JJ.